1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   OTIS MCGEE, JR., Cal. Bar No. 71885
3  omcgee@sheppardmullin.com
   MORGAN P. FORSEY, Cal. Bar No. 241207
4  mforsey@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4109
   Telephone:   415-434-9100
6  Facsimile:   415-434-3947

7  Attorneys for
   U.S. SECURITY ASSOCIATES, INC.

8

9

10  JOHN OTA, Cal. Bar No. 195532
   LAW OFFICES OF JOHN OTA
11  1720 Broadway
   Alameda, CA 94501
12  Telephone:   (510) 521-7047
   Facsimile:   (510) 512-7047
13  Email: johnota@sbcglobal.net

14  Attorney for Plaintiff CHRIS BRAGGS

15                UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                SAN FRANCISCO DIVISION

18

19

20  CHRIS BRAGGS,                      | Case No.  CV 10 2031 - JSW

21              Plaintiff,             | **STIPULATION AND [PROPOSED]**
                                       | **ORDER TO CONTINUE**
22       v.                            | **AUGUST 27, 2010 CASE**
                                       | **MANAGEMENT CONFERENCE**
23  U.S. SECURITY ASSOCIATES, INC., a  |
   corporation doing business in California; | **[For Immediate Attention:**
24  and DOES 1 through 10,             | **Requesting Continuance of August 27,**
                                       | **2010 CMC]**
25              Defendant.

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
THE CASE MANAGEMENT CONFERENCE

# STIPULATION

WHEREAS THE PARTIES HAVE AGREED through their counsel that the Case Management Conference currently set for August 27, 2010 at 1:30 p.m. should be continued until the proposed date of September 24, 2010 (or October 8, 2010, which is the next Friday that lead trial counsel for both parties are available). Lead trial counsel for Defendant U.S. Security Associates, Inc. ("USSA") Otis McGee, Jr. is unavailable on August 27, 2010 because he has a pre-existing travel commitment and will be out of the Country on that day.

Counsel for both parties met and conferred and determined that September 24, 2010 is the next available Friday that lead trial counsel for both parties are available, followed by October 8, 2010.

IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED THAT this Court continue the August 27, 2010 Case Management Conference until September 24, 2010 (or October 8, 2010). The parties shall file their Joint Rule 26 Meeting Report and Case Management Conference Statement on September 17, 2010.

Respectfully submitted
Dated: July 1, 2010

LAW OFFICES OF JOHN OTA

By       /s/ John Ota
                                      JOHN OTA

                              Attorneys for Plaintiff
                              CHRIS BRAGGS

Respectfully submitted
Dated:  July 1, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By      /s/ Morgan Forsey
                    OTIS McGEE, JR.
                    MORGAN P. FORSEY

                    Attorneys for
              Defendant U.S. Security Associates, Inc.


## SIGNATURE ATTESTATION


        As the attorney e-filing this document, I hereby attest that opposing

counsel (Law Offices of John Ota) has concurred in this filing.


Respectfully submitted:

DATED:  July 1, 2010

SHEPPARD MULLIN RICHTER & HAMPTON LLP


By      /s/ Morgan Forsey
                    OTIS McGEE, JR.
                    MORGAN P. FORSEY

                    Attorneys for
              Defendant U.S. Security Associates, Inc.

W02-WEST:5MPF1\402719213.1                    STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE
                                              CASE MANAGEMENT CONFERENCE

1

## <u>ORDER</u>

2       In accordance with the above Stipulation of the parties which is

3 incorporated herein by reference, and with good cause appearing therefor, the Court

4 orders as follows:

5

6       IT IS HEREBY ORDERED THAT the Case Management Conference

7 currently set for August 27, 2010 at 1:30 p.m. be continued to September ~~27~~, 2010

24th

8 at 1:30 p.m.

9

10      **IT IS SO ORDERED.**

11

12

13

14  Dated: _____

        July 2, 2010    _____

15                      Honorable Jeffrey S. White

                        United States District Judge

16

17

18

19

20

21                      ** END OF ORDER **

22

23

24

25

26

27

28