SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
OTIS MCGEE, JR., Cal. Bar No. 71885
omcgee@sheppardmullin.com
MORGAN P. FORSEY, Cal. Bar No. 241207
mforsey@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:    415-434-3947

Attorneys for
U.S. SECURITY ASSOCIATES, INC.


JOHN OTA, Cal. Bar No. 195532
LAW OFFICES OF JOHN OTA
1720 Broadway
Alameda, CA 94501
Telephone:   (510) 521-7047
Facsimile:    (510) 512-7047
Email: johnota@sbcglobal.net

Attorney for Plaintiff CHRIS BRAGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRIS BRAGGS,<br><br>     Plaintiff,<br><br> v.<br><br>U.S. SECURITY ASSOCIATES, INC., a corporation doing business in California; and DOES 1 through 10,<br><br>     Defendant. | Case No. CV 10 2031 - JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE OCTOBER 1, 2010 CASE MANAGEMENT CONFERENCE**<br><br>**[For Immediate Attention: Requesting Continuance of October 1, 2010 CMC]** |

## STIPULATION

1
2
3   WHEREAS THE PARTIES HAVE AGREED through their counsel
4 that the Case Management Conference currently set for October 1, 2010 at 1:30 p.m.
5 should be continued until the proposed date of October 22, 2010, which is the next
6 Friday that lead trial counsel for both parties are available.
7
8   Lead trial counsel for Defendant U.S. Security Associates, Inc.
9 ("USSA") Otis McGee, Jr. is unavailable on October 1, 2010 because he has a pre-
10 existing travel commitment and will be out of the State on that day.
11
12   Counsel for both parties met and conferred and determined that
13 October 22, 2010 is the next available Friday that lead trial counsel for both parties
14 are available.
15
16   IT IS HEREBY STIPULATED AND RESPECTFULLY
17 REQUESTED THAT this Court continue the October 1, 2010 Case Management
18 Conference until October 22, 2010.  The parties shall file their Joint Rule 26
19 Meeting Report and Case Management Conference Statement on October 15, 2010.
20
21 Respectfully submitted
   Dated:  September 28, 2010
22
23                                    LAW OFFICES OF JOHN OTA
24
25                              By    /s/ John Ota
                                      _____
                                            JOHN OTA
26
                                      Attorneys for Plaintiff
27                                    CHRIS BRAGGS
28

Respectfully submitted
Dated: September 28, 2010

                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                        By    /s/ Morgan P. Forsey
                                 OTIS McGEE, JR.
                                MORGAN P. FORSEY

                                    Attorneys for
                        Defendant U.S. Security Associates, Inc.

## SIGNATURE ATTESTATION

As the attorney e-filing this document, I hereby attest that opposing counsel (Law Offices of John Ota) has concurred in this filing.

Respectfully submitted:

DATED: September 28, 2010

                              SHEPPARD MULLIN RICHTER & HAMPTON LLP

                        By    /s/ Morgan P. Forsey
                                 OTIS McGEE, JR.
                                MORGAN P. FORSEY

                                    Attorneys for
                        Defendant U.S. Security Associates, Inc.

# ORDER

In accordance with the above Stipulation of the parties which is incorporated herein by reference, and ~~with good cause appearing therefor,~~ the Court orders as follows: although the parties' request is untimely,

IT IS HEREBY ORDERED THAT the Case Management Conference currently set for October 1, 2010 at 1:30 p.m. be continued to October 22, 2010 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: September 28, 2010

_____
Honorable Jeffrey S. White
United States District Judge

\*\* END OF ORDER \*\*

W02-WEST:5MPF1\402947807.1

-4-

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE