SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
OTIS MCGEE, JR., Cal. Bar No. 71885
omcgee@sheppardmullin.com
MORGAN P. FORSEY, Cal. Bar No. 241207
mforsey@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for
U.S. SECURITY ASSOCIATES, INC.


JOHN OTA, Cal. Bar No. 195532
LAW OFFICES OF JOHN OTA
1720 Broadway
Alameda, CA 94501
Telephone:    (510) 521-7047
Facsimile:    (510) 512-7047
Email: johnota@sbcglobal.net

Attorney for Plaintiff CHRIS BRAGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRIS BRAGGS,<br><br>                    Plaintiff,<br><br>       v.<br><br>U.S. SECURITY ASSOCIATES, INC., a corporation doing business in California; and DOES 1 through 10,<br><br>                    Defendant. | Case No.  CV 10 2031 - JSW<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING THE DEADLINE TO PARTICIPATE IN AN EARLY NEUTRAL EVALUATION [PROPOSED] ORDER**<br><br>Courtroom 11, 19th Floor<br>Judge:  Hon. Jeffrey S. White |

# STIPULATION

Pursuant to Local Rules 5-4, 6-2 and 7-12, Plaintiff Chris Braggs ("Plaintiff") and Defendant U.S. Security Associates, Inc. ("Defendant"), stipulate and respectfully request that the Court approve this stipulated request and grant a thirty-day continuance of the January 27, 2011 early neutral evaluation deadline until March 1, 2011, the first Court day after the expiration of the thirty-day extension.

Counsel for both parties met and conferred and determined that due to the need to complete outstanding discovery, including electronic discovery and Plaintiff's deposition, they will not be prepared to have a meaningful early neutral evaluation before the January 27, 2011 deadline. The parties further determined that they will be able to complete the outstanding necessary discovery and complete the early neutral evaluation by March 1, 2011.

In compliance with Local Rule 6-2, the Plaintiff and Defendant respectfully state:

1. On October 27, 2010, Defendant noticed the deposition of Plaintiff for December 21, 2010.

2. As the December 21, 2010 deposition approached, the Parties determined that before Plaintiff's deposition could go forward, they needed to complete the exchange of documents and a forensic examination of Plaintiff's laptop computer.

3. The Parties agreed to take Plaintiff's deposition off-calendar until a date shortly after completion of the necessary written discovery.

4. The Parties have met and conferred and anticipate that they will be able to complete the exchange of the necessary written discovery, complete the forensic examination of Plaintiff's laptop computer and complete Plaintiff's deposition within thirty days from the filing of this Stipulation.

5. The Parties have met and conferred and determined that it is necessary to continue the early neutral evaluation deadline to complete the outstanding discovery, allow Defendant the opportunity to take Plaintiff's deposition and give both parties time to analyze Plaintiff's testimony and prepare for the early neutral evaluation.

6. The Parties agree that an extension of the early neutral evaluation deadline until March 1, 2011, is appropriate.

7. Should early neutral evaluation not result in resolving the case, the Parties agree that continuing the early neutral evaluation deadline will not affect the scheduled trial date.

8. In compliance with Local Rule 6-2, a Declaration of Defendant's counsel is attached in support of this Stipulated Request for Order Changing Time.

IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED THAT this Court continue the January 27, 2011 early neutral evaluation deadline to March 1, 2011,.

Respectfully submitted
Dated: January 13, 2011

                    LAW OFFICES OF JOHN OTA

                    By    /s/ John Ota
                               JOHN OTA

                              Attorneys for Plaintiff
                              CHRIS BRAGGS

Respectfully submitted
Dated: January 13, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Morgan Forsey
OTIS McGEE, JR.
MORGAN P. FORSEY

Attorneys for
Defendant U.S. Security Associates, Inc.

# SIGNATURE ATTESTATION

As the attorney e-filing this document, I hereby attest that opposing counsel (Law Offices of John Ota) has concurred in this filing.

Respectfully submitted:

DATED: January 13, 2011

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By  /s/ Morgan Forsey
OTIS McGEE, JR.
MORGAN P. FORSEY

Attorneys for
Defendant U.S. Security Associates, Inc.

## ORDER

In accordance with the above Stipulation of the parties which is incorporated herein by reference, and with good cause appearing therefor, the Court orders as follows:

IT IS HEREBY ORDERED THAT the January 27, 2011 early neutral evaluation deadline is extended until March 1, 2011

**IT IS SO ORDERED.**

Dated: January 14, 2011

Honorable Jeffrey S. White
United States District Judge

\*\* END OF ORDER \*\*