1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        A Limited Liability Partnership
2       Including Professional Corporations
    OTIS MCGEE, JR., Cal. Bar No. 71885
3   omcgee@sheppardmullin.com
    MORGAN P. FORSEY, Cal. Bar No. 241207
4   mforsey@sheppardmullin.com
    Four Embarcadero Center, 17th Floor
5   San Francisco, California  94111-4109
    Telephone:    415-434-9100
6   Facsimile:    415-434-3947

7   Attorneys for
    U.S. SECURITY ASSOCIATES, INC.
8

9
    JOHN OTA, Cal. Bar No. 195532
10  LAW OFFICES OF JOHN OTA
    1720 Broadway
11  Alameda, CA 94501
    Telephone:    (510) 521-7047
12  Facsimile:    (510) 512-7047
    Email:johnota@sbcglobal.net
13

14  Attorney for Plaintiff CHRIS BRAGGS

15                  UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18

19
    CHRIS BRAGGS,                          Case No.  CV 10 2031 - JSW
20
                        Plaintiff,         **STIPULATED REQUEST FOR
21                                         ORDER CONTINUING THE
            v.                             DEADLINE TO PARTICIPATE IN AN
22                                         EARLY NEUTRAL EVALUATION
    U.S. SECURITY ASSOCIATES, INC., a      AND [~~PROPOSED~~] ORDER**
23  corporation doing business in California;
    and DOES 1 through 10,
24                                         Courtroom 11, 19th Floor
                        Defendant.         Judge:  Hon. Jeffrey S. White
25

26

27

28

                                        -1-

1

## STIPULATION

2

3          Pursuant to Local Rules 5-4, 6-2 and 7-12, Plaintiff Chris Braggs

4  ("Plaintiff") and Defendant U.S. Security Associates, Inc. ("Defendant"), stipulate

5  and respectfully request that the Court approve this stipulated request and grant a

6  three week continuance of the March 1, 2011 early neutral evaluation deadline

7  ("ENE") until March 22, 2011.

8          Counsel for both parties met and conferred independently and with the

9  Early Neutral Evaluator during the ENE planning teleconference and determined

10  that due to the need to complete outstanding discovery, including Plaintiff's

11  deposition, they will not be prepared to have a meaningful ENE before the March 1,

12  2011 deadline. The parties have made significant progress on resolving discovery

13  issues and will be able to complete the outstanding necessary discovery and the

14  early neutral evaluation by March 22, 2011.

15          In compliance with Local Rule 6-2, the Plaintiff and Defendant

16  respectfully state:

17          1.      On February 8, 2011, the parties participated in a pre-ENE telephone

18  conference with the Early Neutral Evaluator, Sandra McCandless.

19          2.      During the February 8, 2011 teleconference, the parties confirmed the

20  need to complete further discovery to have an effective ENE and did not believe that

21  the outstanding discovery could be completed in time to meet the March 1, 2011

22  ENE deadline.

23          3.      During the February 8, 2011 teleconference, the parties made

24  significant progress on resolving discovery disagreements that had been an

25  impediment to completing the necessary discovery. Further, the parties agreed to a

26  pre-ENE discovery plan and set Plaintiff's deposition of February 28, 2011.

27          4.      The parties agreed to participate in an ENE on March 16, 2011.

28

-2-

W02-WEST:5MPF1\403294429.1          STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE
DEADLINE TO PARTICIPATE IN EARLY NEUTRAL EVALUATION

1       5.    The parties agree that an extension of the early neutral evaluation

2  deadline until March 22, 2011, is appropriate.

3       6.    Should early neutral evaluation not result in resolving the case, the

4  Parties agree that continuing the ENE deadline will not affect the scheduled trial

5  date.

6       7.    In compliance with Local Rule 6-2, a Declaration of Defendant's

7  counsel is attached in support of this Stipulated Request for Order Changing Time.

8

9         IT IS HEREBY STIPULATED AND RESPECTFULLY

10  REQUESTED THAT this Court continue the March 1, 2011 early neutral evaluation

11  deadline to March 22, 2011.

12

13  Respectfully submitted
     Dated:  February 10, 2011
14

15                            LAW OFFICES OF JOHN OTA

16

17                       By             /s/     John Ota
                                    JOHN OTA
18

19                             Attorneys for Plaintiff
                             CHRIS BRAGGS
20  Respectfully submitted
     Dated:  February 10, 2011
21

22                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

23

24                       By         /s/  Morgan P. Forsey
                             OTIS McGEE, JR.
25                             MORGAN P. FORSEY

26                           Attorneys for
                    Defendant U.S. Security Associates, Inc.
27

28

-3-

# ORDER

In accordance with the above Stipulation of the parties which is incorporated herein by reference, and with good cause appearing therefor, the Court orders as follows:

IT IS HEREBY ORDERED THAT the January 27, 2011 early neutral evaluation deadline is extended until March 1, 2011

**IT IS SO ORDERED.**

Dated:
February 11, 2011

_____
Honorable Jeffrey S. White
United States District Judge

** END OF ORDER **

W02-WEST:5MPF1\403294429.1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE
DEADLINE TO PARTICIPATE IN EARLY NEUTRAL EVALUATION