UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS BRAGGS,<br><br>        Plaintiff(s),<br><br>    v.<br><br>U.S. SECURITY ASSOCIATES, INC.,<br><br>        Defendant(s). | No. C10-2031 JSW (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the current dispute is scheduled for **Friday, March 11, 2011, at 10:00 a.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: March 8, 2011

                                            Bernard Zimmerman
                            United States Magistrate Judge

G:\BZALL\-REFS\BRAGGS V. U.S. SECURITY\DISC ORD 2.wpd

1