UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRIS BRAGGS, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C10-2031 JSW (BZ) |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING LEAVE** |
| U.S. SECURITY ASSOCIATES, INC., | ) | **TO FILE MOTION** |
| | ) | |
| Defendant(s). | ) | |

The dispute set forth in Docket No. 29 has been assigned to me. Following a telephone conference at which both parties were represented by counsel, **IT IS ORDERED** as follows:

1. The parties shall meet and confer in accordance with the Initial Discovery Order previously entered in this case, and try to resolve this dispute having in mind the views expressed by the Court.

2. If they are unsuccessful, defendant has leave to file a motion for a protective order. The motion shall be filed by **March 30, 2011**. Any opposition shall be filed by **April 13,**

///

///

1

1 | **2011.** Any reply shall be filed by **April 20, 2011.** The Court
2 | will schedule a hearing if one is necessary.
3 | Dated: March 11, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BRAGGS V. U.S. SECURITY\DISC ORD 3.wpd

2