1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRIS BRAGGS,

        Plaintiff,

  v.

US SECURITY ASSOCIATES INC,

        Defendants.

_____/

No.  C 10-02031 JSW

**ORDER REQUIRING STATUS REPORT**

      On May 31, 2011, the Court vacated a case management conference scheduled for June 3, 2011.  The parties advised the Court that a private mediation was scheduled for June 1, 2011. The parties are HEREBY ORDERED to submit a status report to the Court by no later than July 22, 2011, regarding the outcome of mediation.  If this matter did not resolve at mediation, the parties are reminded that their pretrial filings are due on July 25, 2011.

      **IT IS SO ORDERED.**

Dated:   July 18, 2011

                               _____
                               JEFFREY S. WHITE
                               UNITED STATES DISTRICT JUDGE