IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRIS BRAGGS,

    Plaintiff,

v.

US SECURITY ASSOCIATES INC,

    Defendants.

No. C 10-02031 JSW

**ORDER RULING ON OBJECTIONS TO EXHIBITS**

The Court has received the parties' objections to Exhibits and the disputed exhibits and HEREBY RULES AS FOLLOWS:

**Plaintiff's Objections to Defendant's Exhibits**

| Exhibit | Ruling |
| --- | --- |
| 2 | Overruled |
| 10 | Sustained in part and overruled in part. Defendant needs to identify specific portions of the exhibit on which it intends to rely. The entire exhibit is not relevant. |
| 13 | Overruled |
| 100 | Overruled |
| 101 | Overuled |
| 121/135 | Overruled. |

The Court maintains its rulings on Defendant's objections to Plaintiff's Exhibits 47 and 48. They are excluded pursuant to Federal Rule of Evidence 408.

If the parties have not already done so, they should prepare an amended Exhibit list that removes references to any duplicative exhibits and corrects any erroneous references.

**IT IS SO ORDERED.**

Dated: August 11, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE