United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS BRAGGS,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. SECURITY ASSOCIATES, INC.,<br><br>        Defendant.<br>_____/ | No. C-10-02031-JSW (DMR)<br><br>**ORDER DENYING DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE** |

Before the court is Defendant's August 11, 2011 letter requesting that a company representative with full and unlimited settlement authority be allowed to attend the August 23, 2011 mandatory settlement conference by telephone. Defendant's request is DENIED.

IT IS SO ORDERED.

Dated: August 15, 2011

_____
DONNA M. RYU
United States Magistrate Judge