# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL CONFERENCE MINUTE ORDER

**CASE NO.  C 10-02031-JSW  (DMR)**

**CASE NAME:  CHRIS BRAGGS v. U.S. SECURITY ASSOCIATES, INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE DONNA M. RYU** | **COURTROOM DEPUTY**: Ivy Garcia |
| **DATE**: August 23, 2011     **TIME: 4 hours** | **COURT REPORTER**: FTR 2:02-2:07 |
| **COUNSEL FOR PLAINTIFF:**<br>John Ota, Esq. | **COUNSEL FOR DEFENDANT:**<br>Otis McGee, Esq. |

### PROCEEDINGS

[X]  SETTLEMENT CONFERENCE                    []  FURTHER SETTLEMENT CONFERENCE

  [X]  Settled
  []   Did not settle
  []   Partial settlement

[]  DISCOVERY CONFERENCE

[]  STATUS CONFERENCE RE: _____

[]  OTHER: _____

CASE CONTINUED TO: _____  FOR _____

NOTES:




CC:     Chambers