IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRIS BRAGGS,

    Plaintiff,

v.

U.S. SECURITY ASSOCIATES, INC.,

    Defendant.

No. C 10-02031 JSW

**ORDER RE SETTLEMENT CONFERENCE AND TRIAL DATE**

    The Court has reviewed the Minute Order dated August 23, 2011, which indicates that this matter has settled. The parties are HEREBY ADVISED that unless and until they request a continuance of the trial date, request that the date be vacated, or file a dismissal, they shall appear on August 29, 2011 at 8:00 a.m. as scheduled.

    **IT IS SO ORDERED.**

Dated: August 23, 2011

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE