John Ota, SBN 195532
LAW OFFICES OF JOHN OTA
1720 Broadway
Alameda, CA 94501
Tel. (510) 521-7047
Fax (510) 521-7047
Email: johnota@sbcglobal.net

Attorney for Plaintiff CHRIS BRAGGS

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
OTIS MCGEE, JR., Cal. Bar No. 71885
omcgee@sheppardmullin.com
MORGAN P. FORSEY, Cal. Bar No. 241207
mforsey@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for
U.S. SECURITY ASSOCIATES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHRIS BRAGGS, | ) Case No. 3:10-cv-02031-JSW |
|                Plaintiff, | ) JOINT REQUEST TO VACATE |
|        v. | ) TRIAL DATE |
|  | ) AND ORDER THEREON |
| U.S. SECURITY ASSOCIATES, INC., | ) |
| a corporation doing business in California; and | ) |
| DOES 1 through 10; | ) |
|                Defendants. | ) |

      Having agreed at the August 23, 2011 Settlement Conference before Magistrate Judge Donna M. Ryu on the material terms of settlement and having put the settlement terms on the record in this action, plaintiff CHRIS BRAGGS and defendant U.S. SECURITY ASSOCIATES, INC., by and through their counsel of record in this case, hereby jointly request that the Court

---

Joint Request to Vacate Trial Date                                                                           Case No. 3:10-cv-02031-JSW

vacate the August 29, 2011 trial date.

  A formal settlement agreement is being drafted and once it is fully executed, plaintiff will file a notice dismissing the action with prejudice.

Date: August 24, 2011    Respectfully submitted,

            LAW OFFICES OF JOHN OTA

            By: /Signed/
               John Ota
               Attorney for Plaintiff CHRIS BRAGGS

Dated: August 24, 2011

            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

            By /Signed/
              OTIS McGEE, JR.
              MORGAN P. FORSEY

              Attorneys for
            Defendant U.S. Security Associates, Inc.

### SIGNATURE ATTESTATION

  As the attorney e-filing this document, I hereby attest that opposing counsel Sheppard, Mullin, Richter & Hampton LLP has concurred in this filing.

Date: August 24, 2011    Respectfully submitted,

            LAW OFFICES OF JOHN OTA

            By: /Signed/
             Attorney for Plaintiff CHRIS BRAGGS

August 25, 2011

**GRANTED**
*Jeffrey S. White*
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA