John Ota, SBN 195532
LAW OFFICES OF JOHN OTA
1720 Broadway
Alameda, CA 94501
Tel. (510) 521-7047
Fax (510) 521-7047
Email: johnota@sbcglobal.net

Attorney for Plaintiff CHRIS BRAGGS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHRIS BRAGGS,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. SECURITY ASSOCIATES, INC.,<br>a corporation doing business in California; and<br>DOES 1 through 10;<br><br>        Defendants. | Case No. 3:10-cv-02031-JSW<br><br>PLAINTIFF'S REQUEST FOR<br>DISMISSAL OF ACTION WITH<br>PREJUDICE<br><br>**AND ORDER THEREON** |

Because the parties have reached a mutually agreeable resolution of all issues in this action, plaintiff CHRIS BRAGGS hereby requests that the Court dismiss this action in its entirety against all defendants with prejudice.

Date: September 6, 2011

Respectfully submitted,

LAW OFFICES OF JOHN OTA

By: _/s/ John Ota_____
John Ota
Attorney for Plaintiff CHRIS BRAGGS

September 19, 2011

**IT IS SO ORDERED**
_/s/ Jeffrey S. White_
Judge Jeffrey S. White

Plaintiff's Request for Dismissal of Action With Prejudice                  Case No. 3:10-cv-02031-JSW