1  John Ota, SBN 195532
   LAW OFFICES OF JOHN OTA
2  1720 Broadway
   Alameda, CA 94501
3  Tel. (510) 521-7047
   Fax (510) 521-7047
4  Email: johnota@sbcglobal.net

5  Attorney for Plaintiff CHRIS BRAGGS

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      (SAN FRANCISCO DIVISION)

10

11 CHRIS BRAGGS,                    ) Case No.  3:10-cv-02031-JSW
                                    )
12            Plaintiff,            ) PLAINTIFF'S  REQUEST FOR
                                    ) DISMISSAL OF ACTION WITH
13       v.                         ) PREJUDICE
                                    )
14 U.S. SECURITY ASSOCIATES, INC.,  ) **AND ORDER THEREON**
   a corporation doing business in California; and )
15 DOES 1 through 10;               )
                                    )
16            Defendants.           )
   _____
17

18     Because the parties have reached a mutually agreeable resolution of all issues in this action,

19 plaintiff CHRIS BRAGGS hereby requests that the Court dismiss this action in its entirety against

20 all defendants with prejudice.

21 Date:  September 6, 2011          Respectfully submitted,

22                                   LAW OFFICES OF JOHN OTA

23

24                                   By:  /s/ John Ota
                                          John Ota
25                                        Attorney for Plaintiff CHRIS BRAGGS

26                                   September 19, 2011

27

28

IT IS SO ORDERED
Judge Jeffrey S. White

Plaintiff's Request for Dismissal of Action With Prejudice                Case No.  3:10-cv-02031-JSW